■ . JOHN J. HATALA, Plaintiff, v. MARION E. HATALA, Defendant.— Motion for stay denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH PATNO, Appellant.— Application for an extension of time within which to perfect appeal in the form requested denied. Application for an extension of time granted and the time is extended for a period of 180 days. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MERRILL, Appellant.— Motion to add case to the November Term Calendar. Motion denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ CAROL A. EATON, by Her Guardian ad Litem WALTER A. EATON, JR., Respondent, v. RUSSELL F. SMITH et al., Doing Business as R. F. SMITH AND SON, Appellants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before December 21, 1959, and are ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of LYLE GREEN, Petitioner, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for an order to show cause. Application denied. If the petitioner desires to proceed with an article 78 proceeding the same may be commenced by notice of motion. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO RUSSANO, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of WELLS PLAZA CORP. Doing Business as BELMONT PLAZA HOTEL, et al., Respondents, against MARTIN P. CATHERWOOD, as Industrial Commissioner of the State of New York, et al., Appellants.— Motion by petitioners-respondents to dismiss appeals by the Industrial Commissioner, New York State Council of Hotel and Restaurant Employees and Bartenders International Union and the New York Hotel Trades Council. Motions denied, without costs, and without prejudice to renewal upon the argument of the appeal. Motion by New York State Council of Hotel and Restaurant Employees and Bartenders International Union for leave to file a brief amicus curiæ. Motion granted. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ ALBERT ROUGIER, Appellant, v. DORN'S TRANSPORTATION, INC., Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Estate of PAUL CORRIGAN, Deceased. MARGARET CORRIGAN, as Executrix of PAUL CORRIGAN, Deceased, Respondent; WILLIAM K. ENGLISH, Appellant.— Application for a stay. Application granted, upon condition that the appellant perfects appeal, files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.